# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16cr8 |
| | ) | Electronic Filing |
| JOHN LEONARD OLESKI | ) | |

## CHANGE OF PLEA HEARING
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Government: | Christian Trabold, AUSA |
| Appear for Defendant: | David Ridge, Esquire |
| Hearing date: | February 29, 2016 |
| Hearing begun: | 11:45 a.m. |
| Hearing concluded: | 12:30 p.m. |
| Stenographer: | Ronald Bench |
| Law Clerk/Deputy Clerk: | Mark Mohney/Nicole Kierzek |

REMARKS: Defendant sworn and found competent. Defendant waived indictment and executed a waiver which was accepted by the court and made part of the record. Defendant released on $10,000 unsecured appearance bond subject to various conditions of release. Defendant acknowledged that he understood the rights being waived, the elements of the offense(s), the government's burden of proof, all applicable minimum and maximum penalties, and the court's consideration of the United States Sentencing Guidelines. The court found a factual basis for the entry of a guilty plea. Defendant knowingly and voluntarily entered a plea of GUILTY to Count 1. Presentence investigation report ordered. Sentence set for 7/11/16 at 1:30 p.m. Defendant continued on bond pending sentence.