IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **1:16cr8** |
| | ) | **Electronic Filing** |
| **JOHN LEONARD OLESKI** | ) | |

## ORDER OF COURT

AND NOW, this 14th day of July, 2016, IT IS ORDERED that the sentencing hearing previously set for 7/22/16 is **rescheduled to Monday August 22, 2016, at 1:30 p.m.** in Courtroom A, United States Courthouse, Erie, PA.  Defendant is required to be present.

                                                                s/David Stewart Cercone
                                                                David Stewart Cercone
                                                                United States District Judge

cc:     Christian A. Trabold, AUSA
        David G. Ridge, Esquire

        United States Marshal's Office
        United States Probation Office

        (*Via CM/ECF Electronic Filing*)